IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. 5:25-CR-214 (AJB) |
| | ) |
| v. | ) **Indictment** |
| | ) |
| **JOHN BURGOS,** | ) Violation: 18 U.S.C. § 922(g) |
| | ) Possession of a Firearm by a |
| **Defendant.** | ) Prohibited Person |
| | ) |
| | ) 1 Count and Forfeiture Allegation |
| | ) |
| | ) County of Offense:  Onondaga |

### THE GRAND JURY CHARGES:

#### COUNT 1
#### [Possession of a Firearm by a Prohibited Person]

On or about April 16, 2025, in Onondaga County in the Northern District of New York, the defendant, **JOHN BURGOS**, knowing that he had previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed in and affecting interstate and foreign commerce a firearm, that is a Bersa model 85 .380 caliber semiautomatic handgun bearing serial number 175182, manufactured in Argentina, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

Upon conviction of an offense in violation of Title 18, United States Code, Section 922 as set forth in Count 1 of this Indictment, the defendant, **JOHN BURGOS**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code,

Section 2461(c), any firearms and ammunition involved in the knowing commission of the offenses, including, but not limited to:

    a) a Bersa model 85 .380 caliber semiautomatic handgun bearing serial number 175182, manufactured in Argentina.

Dated: May 15, 2025

A TRUE BILL,

\*\*NAME REDACTED

Grand Jury Foreperson

JOHN A. SARCONE III
United States Attorney

By: *(signature)*

Jessica N. Carbone
Assistant United States Attorney
Bar Roll No. 703490